IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES COLLARD                                                              PLAINTIFF

v.                        No. 3:22-cv-136-DPM

NEW YORK LIFE INSURANCE
COMPANY; LIFE INSURANCE
COMPANY OF NORTH AMERICA;
and MAGNITUDE 7 METALS, LLC                                         DEFENDANTS

## JUDGMENT

Collard's claims against New York Life Insurance Company and Magnitude 7 Metals, LLC are dismissed without prejudice. His claims against Life Insurance Company of North America are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 December 2022